UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IVAN RICHARD SANDERSON, | ) | |
| Petitioner, | ) | 2:12-cv-0176-KJD-VCF |
| vs. | ) | |
| | ) | <u>ORDER</u> |
| WARDEN BRIAN WILLIAMS, et al., | ) | |
| Respondents. | ) | |

On July 9, 2012, petitioner, a Nevada prisoner appearing in proper person, filed a motion to voluntarily withdraw his pending federal habeas corpus petition on the grounds that his claims are unexhausted in state court. No response has been filed by the respondents. Good cause appearing, the motion (ECF No. 19) is **GRANTED.** The petition is hereby dismissed without prejudice. All other pending motions are denied as moot. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED**.

DATED: August 28, 2012

_____
UNITED STATES DISTRICT JUDGE